## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO 14 B 13532 et al |
| Michael JP Canty ) | |
| And Attached list of cases ) | |
| ) | |
| ) | |

### AGREED SUBSTITUTION OF ATTORNEY

### AGREED NOTICE OF SUBSTITUTION OF COUNSEL AND WITHDRAWAL OF APPEARANCE OF COUNSEL PURSUANT TO LOCAL RULE 2091-1

PLEASE BE ADVISED THAT PURSUANT TO LOCAL RULE 2091-1 AND BY AGREEMENT OF PARTIES, Danielle Tubay and Patrick Semrad hereby agree to substitute the appearance of Danielle Tubay for Patrick Semrad and withdraw the appearance of Danielle Tubay for the above case AND the attached list of cases, as follows:

| **COUNSEL APPEARANCE WITHDRAWN:** | **COUNSEL SUBSTITUTING AND APPEARING:** |
|---|---|
| Danielle Tubay | Patrick Semrad |
| Robert J. Semrad and Associates LLC | Robert J. Semrad and Associates LLC |
| 20 S Clark 28th Floor | 20 S Clark 28th Floor |
| Chicago IL 60603 | Chicago IL 60603 |

**\*\*THIS IS A SUBSTITUTION AND APPEARANCE OF COUNSEL AND WITHDRAWAL OF APPEARANCE OF COUNSEL ON THE ABOVE CAPTIONED CASE AND THE LIST OF ATTACHED CASES.\*\***

AGREED TO BY BOTH PARTIES:

/s/ Danielle Tubay                    /s/ Patrick Semrad


RESPECTFULLY SUBMITTED
/s/ Patrick Semrad
Robert J. Semrad and Associates LLC
20 S. Clark Street, 28th Floor
Chicago IL 60603
312-913-0625

| | |
|---|---|
| 14-13532 | Michael JP Canty |
| 14-13540 | Anthony Pickett |
| 14-13611 | Bronzella Boyd |
| 14-13731 | Sophia L Daron |
| 14-13775 | Josie M Luvert |
| 14-13807 | Valeria Y Nesbitt |
| 14-13979 | Chevelle D Alberts |
| 14-13998 | Melvin Wallace |
| 14-14070 | Elisa M Menjivar |
| 14-14158 | Jack H Scott and Ethel L Scott |
| 14-14307 | Dorothy M Wright |
| 14-14311 | Todd R Taylor |
| 14-14346 | Charlene L Jones |
| 14-14459 | Vetrice D Murdo |
| 14-14492 | Arleisha R Haywood |
| 14-14497 | Deanna M Gooden |
| 14-14501 | Kimberly L Savado |
| 14-14548 | Marvin Alexander |
| 14-14565 | Dennis S Young |
| 14-14704 | Cramer Walker |
| 14-14714 | Tiffany Y Love |
| 14-14723 | Gloria A Cannon |
| 14-14737 | Teneisha M Horton |
| 14-14764 | Adrianne M. Edwards |
| 14-14775 | Ardis Finley |
| 14-14931 | Tyisha S Hawkins-White |
| 14-14980 | Edward J Terry and Krystal J Avery |
| 14-15153 | Maurice F Alexander |
| 14-15166 | Anita Bishop |
| 14-15179 | Alfred Simms |
| 14-15196 | Stephen A Briggs |
| 14-15273 | Deborah C Dortch |
| 14-15426 | Tamiko McDaniel |
| 14-15454 | Calvin B Wiley |
| 14-15533 | Jefferson H Davis |
| 14-15554 | Louwanzer Brooks |
| 14-15571 | Lyle B Montgomery, Jr. |
| 14-15577 | Mary I Silmon |
| 14-15803 | Dean A Lucas |
| 14-15814 | Keith Evans |
| 14-15999 | Mose M Terry, Jr. and Mary L Terry |
| 14-16009 | Donnell X Members |
| 14-16021 | Lashon Chaff, Sr. |
| 14-16042 | Veronica V Valdez |
| 14-16145 | Renard Jackson |
| 14-16287 | Elmarita L Fletcher |
| 14-16305 | Roger G Hardy |
| 14-16456 | Melody R Robertson |

| | |
|---|---|
| 14-16511 | James T. Griffin |
| 14-16619 | Carlton C. Higgins |
| 14-16923 | Maria J Walton |
| 14-16936 | Margerita N Miller |
| 14-16966 | Maverick C Perry and Tanya D Perry |
| 14-17006 | Damien T Buchanan |
| 14-17142 | Willie Smith |
| 14-17171 | Danielle T Hawthorne |
| 14-17199 | Myschelle J Lloyd |
| 14-17237 | Chris L Pickens |
| 14-17336 | Jose A Cabada |
| 14-17428 | Joyce F Brewster |
| 14-17458 | Janet L Black |
| 14-17476 | Nathan A Lewis |
| 14-17545 | Barry M Kelley, Jr. |
| 14-17553 | T Jermaine Kang |
| 14-17604 | Shoshannah JS Burkhalter |
| 14-17619 | Thomas S Curry |
| 14-17851 | Janice D Harris |
| 14-17887 | Bobby E Purnell and Kecia L Walker-Purnell |
| 14-17901 | Marcus L Hinton |
| 14-18022 | Sheryl D Cage |
| 14-18031 | Terrence R Evans |
| 14-18105 | Latronia A Anderson |
| 14-18150 | Guan E Whitsett |
| 14-18187 | Isaac T Wright |
| 14-18195 | Derrick L. Gunn |
| 14-18320 | LaVelle Johnson and Judith M Johnson |
| 14-18330 | Bernadine L Mukes |
| 14-18399 | Jernardo R Bell |
| 14-18488 | Melissa Guerra |
| 14-18552 | Vandree I Snell |
| 14-18565 | Leslie R Small |
| 14-18573 | Shun A Hall and Natasha S Hall |
| 14-18591 | Eugenia S West-Pearson |
| 14-18616 | Darnell T King |
| 14-18724 | Alycia R Brown |
| 14-18732 | Arnold A Hardy |
| 14-18748 | Krystal L Smith |
| 14-18751 | Brigget Croft |
| 14-18754 | Kasheena M Henry |
| 14-18783 | Anthony Davis, Sr. and Yolanda Davis |
| 14-18792 | Janice M Taylor |
| 14-18805 | Brittany A Cannon |
| 14-18810 | Rosemary Dunlap |
| 14-18899 | Alvin Davenport and Donna J Davenport |
| 14-18907 | Deandre S Hickman |
| 14-18927 | Dalila Villegas |

| | |
|---|---|
| 14-18956 | Sharon D Newell |
| 14-18974 | Matthew N Toller |
| 14-18979 | Aaron L Coleman, Jr. |
| 14-19079 | Curtis Miree |
| 14-19085 | Ralph F Purnell |
| 14-19122 | Jerry S Tasker |
| 14-19136 | Sandra Q Hardin |
| 14-19145 | D'Angelo M Groce |
| 14-19196 | Devondra L Adkins |
| 14-19299 | Carrie A Stewart |
| 14-19328 | Cathleen E White |
| 14-19335 | Oscar Mora |
| 14-19342 | Jeffrey Hayes |
| 14-19395 | John M Booker |
| 14-19458 | Jewel Coleman |
| 14-19568 | Linda Nalls |
| 14-19802 | Astrid E Ramirez |
| 14-19815 | Zachary A Ball |
| 14-19825 | Diamond M Spearman |
| 14-19852 | Sandra V Whitted |
| 14-19992 | Bruce B Burge |
| 14-20052 | Madena Bishop |
| 14-20088 | Brenda J Copeland |
| 14-20107 | John V Gary |
| 14-20156 | Stracy L Strickland |
| 14-20295 | L'Oreal T Ross |
| 14-20315 | Gloria A Williams |
| 14-20333 | Kimberly L Ray-Ajayi |
| 14-20462 | James L Pickens |
| 14-20772 | Dara Walker-Bryant |
| 14-20787 | Torina D Moffett |
| 14-20811 | Tarita D Clark |
| 14-20833 | Harry A. Singleton and Beverly A Gilliam-Singleton |
| 14-20837 | Krishaun L Abraham |
| 14-20890 | Jacqueline P Morgan |
| 14-20909 | Edward E Creager and Debra M Creager |
| 14-20916 | Latonya D. Anderson |
| 14-20922 | Amber R Majewski |
| 14-20998 | Joshua Thomas |
| 14-21022 | Sheritta A Glover |
| 14-21030 | Jasmine P Robinson |
| 14-21041 | Dwight D McGee |
| 14-21046 | Corina E Parker |
| 14-21116 | Michael S Jones |
| 14-21137 | Curly L Washington |
| 14-21153 | Tanya R Pugh |
| 14-21312 | Regina R McMurtry |
| 14-21323 | Clesther L Frison-Smith |

| | |
|---|---|
| 14-21346 | Ariel T Bryson |
| 14-21449 | Jamie Ann Amelio |
| 14-21459 | Lindsey Taylor and Brenda J Taylor |
| 14-21514 | Kesha N London |
| 14-21606 | Robert D Ward |
| 14-21648 | Cleavon Downs |
| 14-21776 | Jessie M Hunt |
| 14-21785 | Felix G Aguayo |
| 14-21804 | Basil E Madison |
| 14-21882 | Alicia L Hicks |
| 14-21997 | Kieara L Winters |
| 14-22094 | Gladstone G Valentine |
| 14-22197 | Susan Willeford |
| 14-22205 | Najib J Bello |
| 14-22253 | Evelyn D Birk |
| 14-22325 | Dallas E Glenn |
| 14-22387 | Benito A Franklin and Kenya P Franklin |
| 14-22393 | Shanteria L Davis |
| 14-22404 | Kenneth A Swopes and Danyetta U Swopes |
| 14-22468 | Denise Randle |
| 14-22509 | Jessica A Anderson |
| 14-22515 | Shaperee D Hollins |
| 14-22541 | Catherine Feagin |
| 14-22651 | Linda D Glenn |
| 14-22666 | Willie E Boyd |
| 14-22730 | Susie M Seals |
| 14-22781 | Sylviane Stephens |
| 14-22785 | Joseph R Perry |
| 14-22799 | Julian D Hawkins |
| 14-22964 | Lashon D. Gates |
| 14-23067 | Denise Smith |
| 14-23114 | Grace A Ellis |
| 14-23228 | Lisette Vargas |
| 14-23246 | Emence S Julian |
| 14-23294 | Katrina Riley |
| 14-23299 | Cecil E Temple, Jr. and Tiffany L. Temple |
| 14-23370 | Erica M Hambrick |
| 14-23429 | Sherman Weston |
| 14-23454 | Herbert L Knight |
| 14-23461 | Joe A. Hopgood |
| 14-23509 | Ronald L Smith |
| 14-23557 | Tracy L Williams |
| 14-23561 | Lonnie Stanley |
| 14-23577 | Keisha M Slusher |
| 14-23711 | Vena Crawford |
| 14-23747 | Charles E Ballard and Angela D Jones |
| 14-23777 | Allynson R. Bell |
| 14-23779 | Carrie L Wiley |