Form dschntc

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

Case No.: 14−29116
Chapter: 13
Judge: Donald R Cassling

In Re:
   Moses Brown
   1519 Meyer Street
   Elgin, IL 60123

Social Security / Individual Taxpayer ID No.:
   xxx−xx−0261

Employer Tax ID / Other nos.:

**Notice of Denied, Vacated, Waived, or Revoked Discharge**

On 8/29/2014, the Court signed an order:

- ○ Vacating the Discharge
- ⊙ Denying the Discharge
- ○ Revoking the Discharge
- ○ Approving the Waiver of the Discharge

FOR THE COURT

Dated: September 2, 2014

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 14-29116-DRC
Moses Brown  Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: mflowers     Page 1 of 1     Date Rcvd: Sep 02, 2014
                     Form ID: dschntc    Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2014.
```
db             +Moses Brown,    1519 Meyer Street,    Elgin, IL 60123-7056
22258863       +Activity Collection Se,    664 N Milwaukee Ave,    Prospect Heights, IL 60070-2300
22258866       +Bridget Poindexter,    C/o IL Child Support,    PO Box 19405,    Springfield, IL 62794-9405
22258867      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Cap One,     Po Box 85520,    Richmond, VA 23285)
22258868       +City of Chicago Parking tickets,    121 N. LaSalle Street, ROOM 107A,    Chicago, IL 60602-1232
22258871       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
22258872       +Illinois Child Support,    IL Dept of Healthcare & Family,    PO Box 19405,
                 Springfield, IL 62794-9405
22258874       +Isac,   Po Box 6180,    Indianapolis, IN 46206-6180
22258876       +Municipal Collections of America,    3348 Ridge Rd.,    Lansing, IL 60438-3112
22258878       +Stellar Recovery Inc,    4500 Salisbury Rd Ste 10,    Jacksonville, FL 32216-8035
22258880       +Tasha Smith,    C/o IL Child Support,    PO Box 19405,    Springfield, IL 62794-9405
22258882       +Unique Riles,    C/o IL Child Support,    PO Box 19405,    Springfield, IL 62794-9405
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22258869       +E-mail/Text: bknotice@erccollections.com Sep 03 2014 03:12:24     Enhanced Recovery Co L,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
22258873        E-mail/Text: cio.bncmail@irs.gov Sep 03 2014 03:11:20      IRS,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
22258877       +E-mail/Text: robert@overlandbond.com Sep 03 2014 03:14:06     Overlnd Bond,    4701 W Fullerton,
                 Chicago, IL 60639-1899
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
22258865       Bridget Poindexter,    address unknown
22258879       Tasha Smith,    address unknown
22258881       Unique Riles,    address unknown
22258864*     +Activity Collection Se,    664 N Milwaukee Ave,    Prospect Heights, IL 60070-2300
22258870*     +Enhanced Recovery Co L,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
22258875*     +Isac,   Po Box 6180,    Indianapolis, IN 46206-6180
                                                                                   TOTALS: 3, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2014            Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2014 at the address(es) listed below:
```
              Danielle B Tubay    on behalf of Debtor Moses  Brown rjscourtdocs@gmail.com
              Glenn B Stearns    on behalf of Trustee Glenn B Stearns mcguckin_m@lisle13.com
              Glenn B Stearns    mcguckin_m@lisle13.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                              TOTAL: 4
```