UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:   )    BK No.: 14-29116
Moses Brown   )
)    Chapter: 13
)    Honorable Donald R. Cassling
)
)    Kane
Debtor(s)   )

**ORDER ALLOWING COMPENSATION FOR REPRESENTATION
OF CHAPTER 13 DEBTOR
(For cases filed on or after 10/17/05)**

On the application of debtor(s)' counsel for compensation for representing the debtor in this case, the court grants the application based on its finding that the allowance is reasonable under the provisions of 11 U.S.C. § 330(a), as follows:

| | |
|---:|---|
| $0.00 | for legal services through confirmation of the plan. |
| $4,000.00 | for legal services through conclusion of the case. |
| $0.00 | for legal services after confirmation of the plan. |
| $382.00 | for reimbursable expenses. |
| $4,382.00 | **total fees and reimbursement allowed.** |
| $ -350.00 | less payment received from debtor prior to date of application. |
| $4,032.00 | **balance allowed under this order.** |

Enter:   *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: October 03, 2014

**Fees Payable to:**

Robert J Semrad & Associates
20 S Clark, 28th Floor
Chicago, IL 60603
312-913-0625